**FILED**

12/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0232

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 20-0232

JAMES DAVID SIMPSON, )
      Petitioner/Appellant, )
vs. )
     )
     )
     )
MUSSELSHELL COUNTY BOARD )
OF COMMISSIONERS, )
      Respondent/Appellee. )
     )

ORDER GRANTING SECOND
EXTENSION OF TIME TO
FILE APPELLEE'S ANSWER
BRIEF

Respondent/Appellee has moved the Court pursuant to M.R.App.P. 26(2) for an extension of time up to and including January 19, 2021 to file and serve the Appellee's Answer Brief. This is the second request for an extension of time. Opposing counsel for Petitioner/Appellant has been contacted and does not object to the extension of time.

Pursuant to Rule 26, M.R.App.P. 26, and good cause appearing, Appellee Musselshell County Board of Commissioners is granted an extension of time up to and including January 19, 2021 to file its Answer Brief.

_____
Montana Supreme Court Justice

cc: Counsel of Record

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 11 2020